No. 81–537.   BEECHWOOD SANITARIUM, AKA BEECHWOOD NURSING HOME *v.* AXELROD, COMMISSIONER OF HEALTH OF NEW YORK, ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of substantial federal question.

No. 81–5386.   ROGERS *v.* JINKS ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5400.   STANLEY *v.* STANLEY.   Appeal from Ct. App. N. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE BLACKMUN would dismiss the appeal for want of a properly presented federal question.

No. 81–5383.   MAY *v.* TEXAS.   Ct. Crim. App. Tex.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Adams* v. *Texas*, 448 U. S. 38 (1980).

No. —— – ——.   WILLIAMS ET AL. *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ARLINGTON ET AL.   Motion to direct the Clerk to file the petition for writ of certiorari denied.   JUSTICE BLACKMUN would deny the motion as out of time.